UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LESTER I. SPIELMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION CASUALTY INSURANCE COMPANY (d/b/a USAA),<br><br>Defendant. | Case No. 2:19-cv-01359-AB-MAA<br><br>**[PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint filed:   February 22, 2019<br>Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Honorable Maria A. Audero |

The Court hereby **GRANTS** Defendant United States Automobile Association ("USAA") and Plaintiff Lester Spielman's ("Plaintiff") (collectively, the "Parties") Stipulation and [Proposed] Order Setting Briefing and Hearing Schedule on Motion for Class Certification and Motion for Summary Judgment.

The Court sets the following dates and deadlines:

1. Plaintiff's Motion for Class Certification.

    a. February 27, 2020 - Deadline for Plaintiff to file class

certification motion and supporting papers, including any expert reports;

   b. April 30, 2020 - Deadline for USAA to file opposition to class certification (including any expert reports);

   c. June 30, 2020 - Deadline for Plaintiff to file class certification reply;

   d. July 24, 2020 - Hearing on Plaintiff's motion for class certification.

  2. Motion for Summary Judgment regarding Plaintiff's individual claim.

   a. April 30, 2020 - Deadline for USAA to file summary judgment motion directed to Plaintiff's individual claim;

   b. June 1, 2020 - Deadline for Plaintiff to file opposition to USAA's motion;

   c. June 26, 2020 - Deadline for USAA to file reply in support of motion;

   d. July 24, 2020 - Hearing on USAA's summary judgment motion directed to Plaintiff's individual claim.

  IT IS SO ORDERED.

Dated: September 04, 2019

                 Hon. André Birotte Jr.
                United States District Court Judge