

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Transfer of Cases from the Calendar<br><br>of<br><br>Judge ANDRE BIROTTE | ORDER OF THE CHIEF JUDGE<br><br>**20-041** |

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge Andre Birotte to the calendar of Judge Terry J. Hatter, Jr. for all further proceedings:

2:15-cv-07760-AB-JEMx:   *SEALED* v.  *SEALED*

2:19-cv-00601-AB-AFMx:   Mike Sarieddine v. Alien Visions E Juice, Inc., et al.
2:19-cv-01359-AB-MAAx:   Lester I Spielman v. United Services Automobile Association Casualty Insurance Company
2:19-cv-04368-AB-GJSx:   Margulan Abzalov v. Marriott International, Inc., et al.
2:19-cv-05006-AB-Ex:     Arnold Welch v. Trans Union LLC, et al.
2:19-cv-05274-AB-AFMx:   Patrick J. Reiten, MD FACS   v. Blue Cross of California, et al.
2:19-cv-05286-AB-PLAx:   Klauber Brothers, Inc v. Target Corporation, et al.
2:19-cv-06599-AB-GJSx:   Craig Cunningham v. GHS Interactive Security, LLC
2:19-cv-07684-AB-JCx:    Gregory Durham v. Autism Spectrum Therapies, LLC, et al.
2:19-cv-08380-AB-JEMx:   Don Young v. Cuckler, MD, et al.
2:19-cv-08572-AB-JPRx:   Tajarah Nicholson v. Experian Information Solutions, Inc., et al.
2:19-cv-08596-AB-ASx:    Intex Recreation Corp. v. Bestway USA, Inc., et al.
2:19-cv-09316-AB-SKx:    Madeleine Marlene Menzoyan v. Wells Fargo Bank, N.A., et al.

In the Matter of the Transfer of
Cases from the Calendar of
Judge Andre Birotte

| | |
|---|---|
| 2:19-cv-10151-AB-JCx: | 1700 PCH Development, LLC v. Golden Eagle Insurance Corporation, et al. |
| 2:19-cv-10363-AB-Ex: | David Vaccaro v. Nextdoor.com, Inc. |
| 2:19-cv-10366-AB-ASx: | Simeon Ray Perkins v. Hertz Local Edition Corp., et al. |
| 2:19-cv-10775-AB-SSx: | Henry Ramos v. Moog, Inc., et al. |
| 2:20-cv-00662-AB-JPRx: | Terry Fabricant v. RAB Inc., et al. |
| 2:20-cv-01005-AB-GJSx: | Default Recovery Associates, LLC v. Shoutz, Inc., et al. |
| 2:20-cv-01075-AB-AGRx: | Abante Rooter and Plumbing, et al. v. Formula Funding, et al. |
| 2:20-cv-01944-AB-KESx: | Lawanda D. Small v. Allianz Life Insurance Company of North America |
| 5:13-cv-01371-AB-PLAx: | Samuel Anthony Acinelli, Jr v. Robert Herrick, et al. |
| 5:18-cv-02488-AB-AGRx: | Harold Taylor v. Dean Borders, et al. |
| 5:19-cv-01275-AB-KKx: | Jessica Barajas, et al. v. Tharaldson Hospitality Staffing, LLC, et al. |
| 5:19-cv-02029-AB-SPx: | Elizabeth Saleen v. Collection Bureau of America |
| 5:19-cv-02439-AB-SHKx: | Pompeya Cobiana v. Costco Wholesale Corporation, et al. |

DATED:  March 16, 2020

_____
Chief Judge Virginia A. Phillips