**TYCKO & ZAVAREEI LLP**
Annick M. Persinger (CA Bar No. 272996)
Glenn E. Chappell (admitted *pro hac vice*)
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
Telephone: (510) 254-6808
Email: apersinger@tzlegal.com
gchappell@tzlegal.com

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Jeff Ostrow (admitted *pro hac vice*)
Jonathan Stresifeld (admitted *pro hac vice*)
One West Las Olas, Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Email: ostrow@kolawyers.com
stresifeld@kolawyers.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg (CA Bar No. 330990)
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: (305) 975-3320
Email: scott@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis (admitted *pro hac vice*)
14 NE 1st Avenue
Miami, FL 33132
Telephone: (305) 479-2299
Email: ashamis@shamisgentile.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESTER I. SPIELMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br>UNITED SERVICES AUTOMOBILE ASSOCIATION CASUALTY INSURANCE COMPANY (d/b/a USAA),<br><br>　　　　　Defendant. | CV 19-01359 TJH (MAAx)<br><br>**ORDER GRANTING CLASS COUNSEL'S RENEWED MOTION FOR AWARD OF COSTS [149]**<br><br>Hon. Terry J. Hatter, Jr. |

1     Upon consideration of Class Counsel's Renewed Motion for Award of Costs
2 (the "Motion"), and the memorandum, declarations, and exhibits in support thereof,
3 and good cause appearing, the Court GRANTS the Motion and ORDERS that:
4     Class Counsel are awarded reimbursement of their litigation costs and expenses
5 in the total amount of $21,447.20.

7 **IT IS SO ORDERED.**

9 DATED: APRIL 17, 2023

                                              HON. TERRY J. HATTER, JR.
                                              UNITED STATES DISTRICT JUDGE

12 CC:FISCAL